**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00627-CV

## IN THE MATTER OF D.A., A JUVENILE

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-07795J**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 30, 2013. On January 14, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.